IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEGUNDO HERNAN SALINAS JAIGUA,<br>Petitioner, | CIVIL ACTION |
| v. | |
| J.L. JAMISON, et al.,<br>Respondents. | NO. 25-7115 |

## O R D E R

**AND NOW**, this 29th day of December, 2025, upon consideration of Segundo Hernan Salinas Jaigua's Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")) and the Government's response thereto (ECF No. 5), as well as Mr. Salinas Jaigua's Motion for Temporary Restraining Order (ECF No. 2), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. The Petition is **GRANTED.** The Government shall **RELEASE** Mr. Salinas Jaigua from custody immediately and file an entry on the docket certifying compliance with this Order no later than 5:00 p.m. on December 30, 2025.

2. Mr. Salinas Jaigua is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Instead, Mr. Salinas Jaigua is subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

3. The Government is temporarily enjoined from re-detaining Mr. Salinas Jaigua until **January 5, 2026**.

4. If the Government decides to pursue re-detention of Mr. Salinas Jaigua after January 5, 2026, it must first provide him with a bond hearing by an Immigration Judge pursuant to 8 U.S.C. § 1226(a).

5. The Government may not remove, transfer, or otherwise facilitate the removal of Mr. Salinas Jaigua from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines at the bond hearing that Mr. Salinas Jaigua is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Mr. Salinas Jaigua if unforeseen or emergency circumstances so require.

6. Mr. Salinas Jaigua's Motion for Temporary Restraining Order (ECF No. 2) is **DENIED AS MOOT.**

7. The Clerk of Court shall mark this case as closed.

**BY THE COURT:**

/s/ **Hon. Kelley B. Hodge**

_____
**HODGE, KELLEY B., J.**